Opinion by RICHARDSON, J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, APRIL 18, 1963

No. 67610.—Ace Importing Co., Inc., et al. v. United States, protests 58/11630, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 67611.—Oxford International Corp. v. United States, protests 59/1562, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 18, 1963

No. 67612.—Lundsing & Co. v. United States, protests 60/10665 and 59/32044 (Los Angeles).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.A.D. 733), the claim of the plaintiff was sustained.